IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06CV124-1-V
5:03CR37-V

| | |
|---|---|
| JOREAL ARVEL LOGAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court upon Petitioner's Motion for Discovery and Appointment of Counsel, filed October 6, 2006.

There is no constitutional right to counsel in proceedings under 28 U.S.C. § 2255. Crowe v. United States, 175 F.2d 799 (4th Cir. 1949), cert. denied, 338 U.S. 950 (1950). Moreover, Petitioner's Motion to Vacate has already been dismissed. As such, Petitioner's motion for appointment of counsel is moot. Petitioner's motion for discovery fails to establish good cause and is also moot.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner's Motion for Discovery and Appointment of Counsel is **DENIED**.

Signed: December 18, 2006

Richard L. Voorhees
United States District Judge